# PLEADING EXHIBIT B


(12) **United States Design Patent**   (10) Patent No.: **US D484,694 S**
Leen                                    (45) Date of Patent: ** **Jan. 6, 2004**

(54) ROUNDED EDGE LAMP STORAGE BOX

(76) Inventor: Monte A. Leen, 11730 NE. 12th St., Bellevue, WA (US) 98005-2458

(**) Term: 14 Years

(21) Appl. No.: 29/177,764

(22) Filed: Mar. 13, 2003

(51) LOC (7) Cl. .................................. **03-01**
(52) U.S. Cl. ........................... **D3/273**; D3/294
(58) Field of Search .................. D3/254, 269, 300, D3/260, 294, 273; D9/428; 206/418, 419, 315.11, 443, 523; D21/392

(56)          **References Cited**
           U.S. PATENT DOCUMENTS

| 2,962,187 | A | * | 11/1960 | Morris ..................... 220/780 |
| D273,403 | S | * | 4/1984 | DeLuca ..................... D21/392 |
| D283,758 | S | * | 5/1986 | Stewart et al. ................ D7/703 |
| 4,662,535 | A | * | 5/1987 | Loveland ................. 220/367.1 |
| D291,842 | S | * | 9/1987 | Baumgardner ............... D3/254 |
| 5,425,194 | A | * | 6/1995 | Miller ........................... 43/26 |
| 5,515,971 | A | * | 5/1996 | Segrest ...................... 206/418 |
| D399,540 | S | * | 10/1998 | Wolfenstein ............... D21/392 |
| 5,845,989 | A | | 12/1998 | Leen ......................... 362/410 |
| 5,934,468 | A | * | 8/1999 | Scott ......................... 206/418 |
| 6,416,206 | B1 | | 7/2002 | Leen ......................... 362/410 |
| D478,726 | S | * | 8/2003 | Masso et al. ................ D3/300 |

* cited by examiner

*Primary Examiner*—Philip S. Hyder

(57)          **CLAIM**

The ornamental design for a rounded edge lamp storage box, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of the rounded edge lamp storage box.
FIG. 2 is a rear elevational view of the invention.
FIG. 3 is a front elevational view of the invention.
FIG. 4 is a top plan view of the invention.
FIG. 5 is a bottom plan view of the invention.
FIG. 6 is a right side elevational view of the invention; and,
FIG. 7 is a left side elevational view of the invention.

**1 Claim, 2 Drawing Sheets**





*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



*FIG. 5*

    

*FIG. 6*         *FIG. 7*